IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | Criminal No. 93-84 |
| vs. | ) | See Civil Action No. 13-393 |
| | ) | and |
| JERRON LOLLIS, | ) | Criminal No. 12-119 |
| | ) | See Civil Action No. 13-394 |
| Defendant/petitioner. | ) | |

O R D E R

AND NOW, this 2nd day of January, 2014, upon

consideration of Defendant/Petitioner's "Motion Under 28 U.S.C.

§ 2255 to Vacate, Set Aside, or Correct a Sentence by a Person

in Federal Custody" (document No. 263 at CR 93-84; document No.

10 at CR 12-119) filed in the above-captioned matters on March

18, 2013, and upon further consideration of Defendant's "Amended

Title 28 U.S.C. § 2255 Motion to Vacate, Set Aside, or Correct

Sentence with Supporting Memorandum of Points and Authorities"

(document No. 21 at CR 12-119) filed on June 19, 2013,

IT IS HEREBY ORDERED that said Motions are GRANTED,

for the reasons set forth in the Third Circuit's Opinion in

United States v. Dillon, 725 F.3d 362 (3d Cir. 2013).

Resentencing of Defendant Jerron Lollis will take place on

**Thursday, January 23, 2014, at 11:30 a.m.**[1]

                                    s/Alan N. Bloch
                                    United States District Judge

ecf:      Counsel of record

---

[1] The Court has been notified by defense counsel that Defendant waives his right to appear at the Resentencing Hearing.